# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA,<br><br>                           Plaintiff,<br>v.<br><br>SOMA INTIMATES, LLC,<br><br>                          Defendant. | Case No. 20-cv-1878-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 13] |

The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  *See* Doc. No. 13.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: April 12, 2021

                                                                                                */s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge